```
                    FILED
       CLERK, U.S.D.C. SOUTHERN DIVISION

              OCT 1 0 2013

       CENTRAL DISTRICT OF CALIFORNIA
       BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA13-464 M |
| v. | |
| Serrano, Fernando | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tues  Oct 15, 2013__, at __1:45__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N. Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10/10/13__

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge